**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric James Stenson,<br><br>          Plaintiff,<br><br>v.<br><br>Radiology Limited PLC,<br><br>          Defendant. | No. CV-19-00306-TUC-JGZ (EJM)<br><br>**ORDER** |

      On September 29, 2022, the Court dismissed Plaintiff Eric James Stenson's First Amended Complaint (FAC) pursuant to Federal Rule of Civil Procedure 12(b)(6) finding that Plaintiff failed to state a claim under the False Claims Act. (Doc 43.) The Court also denied Plaintiff's motion for leave to amend the FAC. (*Id.*) On October 7, 2022, Plaintiff appealed this Court's Order to the Ninth Circuit. (Doc. 44.)

      In an Order filed May 20, 2024, the Ninth Circuit affirmed the Court's denial of the motion for leave to amend in part and reversed in part and directed the Court to grant Plaintiff leave to amend the FAC to the extent that he wishes to proceed on grounds other than his FDA-approval theory. (Doc. 49.)

//
//
//
//
//

On June 7, 2024, the parties filed a Joint Stipulation Re Amended Complaint containing proposed deadlines for Plaintiff's Second Amended Complaint and Defendant's Response. (Doc. 51.) Accordingly, pursuant to the Ninth Circuit mandate (Doc. 49) and the parties' joint stipulation (Doc. 51),

**IT IS ORDERED:**

1. The Clerk of Court shall **reopen** this action.
2. The parties' Joint Stipulation Re Amended Complaint (Doc. 51) is **granted**.
3. The Plaintiff may file a Second Amended Complaint on or before **June 28, 2024.**
4. Defendant shall have **forty-five days** to respond to Plaintiff's Second Amended Complaint.

Dated this 11th day of June, 2024.

_____
Jennifer G. Zipps
United States District Judge