**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric James Stenson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Radiology Ltd. LLC,<br><br>　　　　　Defendant. | No. CV-19-00306-TUC-JGZ<br><br>**ORDER** |

In this action, Defendant Radiology Ltd., LLC alleges certain of the *qui tam* provisions of the False Claims Act ("FCA"), 31 U.S.C. § 3729, *et seq.*, violate Article II of the United States Constitution. (Docs. 71, 72.) Specifically, Defendant alleges 31 U.S.C. § 3730(b), which allows private individuals to bring FCA actions on behalf of the United States, and to conduct the action if the United States declines to intervene, violates the Appointments Clause and the Take Care Clause of Article II. (Doc. 71-1 at 10.) Under federal law:

> In any action, suit or proceeding in a court of the United States to which the United States or any agency, officer or employee thereof is not a party, wherein the constitutionality of any Act of Congress affecting the public interest is drawn in question, the court shall certify such fact to the Attorney General, and shall permit the United States to intervene for presentation of evidence, if evidence is otherwise admissible in the case, and for argument on the question of constitutionality.

28 U.S.C. § 2403(a).

Pursuant to 28 U.S.C. § 2403(a) and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the United States Attorney General, Pam Bondi, that the

constitutionality of the FCA has been drawn into question by the Defendant in this action. The Attorney General has 60 days from the date Defendant filed its Notice of Constitutional Challenge to intervene in this action for any of the purposes described in 28 U.S.C. § 2403(a). Fed. R. Civ. P. 5.1(c).

Accordingly,

**IT IS ORDERED:**

1. The Clerk of Court is directed to provide a copy of this Order to the Office of the United States Attorney General and the U.S. Attorney for the District of Arizona.

2. The deadline for the Attorney General to intervene in this action for the purposes described in 28 U.S.C. § 2403(a) is **May 13, 2025.**

Dated this 17th day of March, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge