Jeremiah M. Sullivan
Robert T. Sullivan
Broening Oberg Woods & Wilson, P.C. 2800
N. Central, Suite 1600
Phoenix, AZ 85004
jms@bowwlaw.com
rts@bowwlaw.com

Jason D. Popp*
Matthew L.J.D. Dowell*
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
jason.popp@alston.com
matt.dowell@alston.com
*Admitted *pro hac vice*

Caitlin Van Hoy*
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: 704-444-1173
Facsimile: 704-444-1111
caitlin.vanhoy@alston.com
*Admitted *pro hac vice*

Attorneys for Defendant Radiology Ltd., LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, *ex rel.* Eric James Stenson,<br><br>Plaintiff-Relator*,*<br><br>v.<br><br>Radiology Ltd., LLC,<br><br>Defendant*.* | Case No. 4:19-cv-00306-JGZ-EJM<br><br>**JOINT SETTLEMENT STATUS REPORT**<br><br>Hon. Jennifer G. Zipps |

Pursuant to the Court's March 13, 2025 Scheduling Order (ECF No. 69), the parties submit this Joint Settlement Status Report. The parties have not reached a settlement in this matter. The parties continue to exchange discovery and will continue to evaluate their legal positions and communicate with each in good faith as this matter proceeds.

Dated:  July 6, 2026

Respectfully submitted:

/s/ Jeremiah M. Sullivan
Jeremiah M. Sullivan
Robert T. Sullivan
Broening Oberg Woods & Wilson, P.C. 2800 N. Central, Suite 1600
Phoenix, AZ 85004
Em: jms@bowwlaw.com
Em: rts@bowwlaw.com

Jason D. Popp (admitted *pro hac vice*)
Matthew L.J.D. Dowell (admitted *pro hac vice*)
Alston & Bird LLP
One Atlantic Center
1201 W Peachtree St., Ste. 4900
Atlanta, GA 30309-3424
Ph:  404-881-4753
Em: jason.popp@alston.com
Em: matt.dowell@alston.com

Caitlin Van Hoy (admitted *pro hac vice)*
Alston & Bird LLP
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: 704-444-1173
Facsimile: 704-444-1111
Em: caitlin.vanhoy@alston.com

JOINT SETTLEMENT STATUS REPORT

\*Admitted *pro hac vice*
*Counsel for Defendant*

<u>*/s/ Peter Arhangelsky (with permission)*</u>
Peter Arhangelsky, Esq. (SBN 025346)
Greenberg Traurig, LLP
2375 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
Ph:  602-445-8017
Em: peter.arhangelsky@gtlaw.com
*Counsel for Plaintiff-Relator*

3
JOINT SETTLEMENT STATUS REPORT

<u>ATTESTATION OF FILER</u>

I attest that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

Dated:  July 6, 2026.                                  */s/ Jeremiah M. Sullivan*
                                                       Jeremiah M. Sullivan

JOINT SETTLEMENT STATUS REPORT