# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, *ex rel.* Eric James Stenson,<br><br>      Plaintiff-Relator,<br><br>v.<br><br>Radiology Ltd, LLC,<br><br>      Defendant. | No. CV-19-00306-TUC-JGZ<br><br>**ORDER** |

On February 17, 2026, the Court granted Relator's Unopposed Motion to Modify Rule 16(b) Scheduling Order. (Doc. 109.) The order provided that, as of January 23, 2026, all case deadlines were tolled pending the Court's resolution of Relator's Motion to Compel, and upon resolution of the motion to compel, the Court would enter an amended scheduling order preserving the amount of time remaining on fact discovery and subsequent deadlines plus an additional 100 days. In accordance with that order, and having resolved Relator's motion to compel, the Court enters this amended scheduling order. The deadlines set in the Court's Scheduling Orders (Docs. 69, 70) are extended as follows:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Lay witness disclosures pursuant to Rule 26(a)(3)(A)(i) | March 27, 2026 | December 23, 2026 |
| Plaintiff's expert disclosures pursuant to Rule 26(a)(2)(A)-(C) | May 8, 2026 | February 3, 2027 |

| Defendants' expert disclosures pursuant to Rule 26(a)(2)(A)-(C) | June 5, 2026 | March 3, 2027 |
|---|---|---|
| Rebuttal expert disclosures | July 3, 2026 | March 31, 2027 |
| Complete Fact Discovery | July 24, 2026 | April 21, 2027 |
| Parties shall confer and determine whether the parties intend to file cross-motions for summary judgment | August 7, 2026 | May 5, 2027 |
| Dispositive Motions | August 28, 2026 | May 26, 2027 |
| Joint Proposed Pretrial Order, Daubert Motions | 30 days after resolution of the dispositive motions. If no dispositive motions filed – October 16, 2026 | 30 days after resolution of the dispositive motions. If no dispositive motions filed – July 14, 2027 |

The new case schedule is restated below:

| Event | Deadline |
|---|---|
| Lay witness disclosures pursuant to Rule 26(a)(3)(A)(i) | December 23, 2026 |
| Plaintiff's expert disclosures pursuant to Rule 26(a)(2)(A)-(C) | February 3, 2027 |
| Defendants' expert disclosures pursuant to Rule 26(a)(2)(A)-(C) | March 3, 2027 |
| Rebuttal expert disclosures | March 31, 2027 |
| Complete Fact Discovery | April 21, 2027 |
| Parties shall confer and determine whether the parties intend to file cross-motions for summary judgment | May 5, 2027 |

| Dispositive Motions | May 26, 2027 |
|---|---|
| Joint Proposed Pretrial Order, Daubert Motions | 30 days after resolution of the dispositive motions. If no dispositive motions filed – July 14, 2027 |

Dated this 13th day of July, 2026.

_____
Jennifer G. Zipps
Chief United States District Judge