Peter A. Arhangelsky, Esq. (SBN 025346)
Charlies E. Markle, Esq.
GREENBERG TRAURIG, LLP
2375 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
Telephone: 602-445-8017
peter.arhangelsky@gtlaw.com
marklec@gtlaw.com
*Attorneys for Plaintiff-Relator*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, *ex rel.* Eric James Stenson,<br><br>　　　　　Plaintiff-Relator*,*<br>　v.<br><br>Radiology Ltd., LLC,<br><br>　　　　　Defendant*.* | Case No. 4:19-cv-00306-TUC-JGZ<br><br>**JOINT STIPULATION REGARDING FEE AWARD (DKT. 113)**<br><br>Hon. Jennifer G. Zipps |

On July 13, 2026, the Court granted Relator's Motion to Compel Discovery and awarded Relator his reasonable expenses and attorney fees incurred in making the Motion. *See* Dkt. 113 at 48. The Court directed the parties to confer on the amount and file a fee application only if they could not agree. *Id*. The parties conferred and agreed on the amount. They therefore jointly stipulate as follows:

1.　Radiology Ltd. will pay Relator the agreed amount within sixty (60) days of this Stipulation. The amount is set out in the parties' correspondence and is not stated here.

2.　No fee application was necessary given the parties' agreement.

3.　If Radiology Ltd fails to make timely payment, Relator may file a fee application or seek other relief within twenty-one (21) days after the lapsed payment deadline. Relator otherwise reserves all rights.

Dated: August 6, 2026.

Respectfully submitted:

 /s/ *Peter Arhangelsky*

Peter Arhangelsky, Esq. (SBN 025346)
Greenberg Traurig, LLP
2375 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
Ph:  602-445-8017
Em: peter.arhangelsky@gtlaw.com
*Counsel for Plaintiff-Relator*

 /s/ (*)

Jason D. Popp (admitted pro hac vice)
Alston & Bird LLP
One Atlantic Center
1201 W Peachtree St., Ste. 4900
Atlanta, GA 30309-3424
Ph:  404-881-4753
Em: jason.popp@alston.com
*Counsel to Defendant*

ATTESTATION OF FILER

(*) I attest that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

 /s/ *Peter Arhangelsky*

Peter Arhangelsky